53 A.3d 1315

INGERMAN AFFORDABLE HOUSING, INC., The Ingerman Group, and Chatham Apartment Associates, L.P. by and through their Assignee, Ohio Casualty Insurance Company and Ingerman Construction Company, Inc. by and through its Assignee, Ohio Casualty Insurance Company and Ohio Casualty Insurance Company in its own right, Appellants

v.

Margolis EDELSTEIN and Walter J. Timby III, Esquire and Transamerican Insurance Group and the Insurance Corporation of New York, Appellees.

Supreme Court of Pennsylvania.

Argued Sept. 11, 2012.

Decided Sept. 28, 2012.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**